460 A.2d 861

May 27, 1983.

Amp Products Corp. v. Ritter Bros. et al.

Appeal of Corbit's Inc.

Before PRICE, WIEAND and LIPEZ, JJ.

PRICE, J., did not participate in the consideration or decision of this case.

460 A.2d 862

Andrews v. Gushue, Appellant.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

Order affirmed.